IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Criminal Action No. 2:22-cr-176

VERNON STANLEY

### DEFENDANT VERNON STANLEY'S MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Vernon Stanley, by counsel, Paul E. Stroebel and Stroebel & Stroebel, P.L.L.C., and moves this Honorable Court for an Order continuing the Sentencing Hearing in this matter. In support thereof, counsel states as follows:

1. The Sentencing Hearing for Dr. Stanley is currently scheduled for February 5, 2026 at 3:00 p.m.

2. Counsel for Dr. Stanley is currently expecting the birth of his child on or about January 21, 2026. Following the birth of his child, counsel is planning to take paternity leave for a couple of weeks. The current sentencing date coincides with counsel's planned dates of leave.

3. Counsel for Dr. Stanley requests the sentencing in this matter be continued at least fourteen (14) days from the currently scheduled date.

4. In order to effectively and adequately represent the defendant, counsel for the defendant requests this short continuance.

5. Defense counsel has consulted with Dr. Stanley regarding the proposed continuance and Dr. Stanley supports this motion to continue.

WHEREFORE, the defendant respectfully requests that this Honorable Court enter an

Order continuing his Sentencing Hearing for fourteen (14) days from the present scheduled date.

**VERNON STANLEY,**
By Counsel,

**/s/ Paul E. Stroebel**
Paul E. Stroebel (WV Bar #13269)
Attorney for Defendant Vernon Stanley
Stroebel & Stroebel, PLLC
405 Capitol Street; Suite 102
P.O. Box 2582
Charleston, WV 25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroebel1@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.  Criminal Action No. 2:22-cr-176

VERNON STANLEY

### CERTIFICATE OF SERVICE

I, PAUL E. STROEBEL, hereby certify that a true and correct copy of the foregoing *"Defendant's Motion to Continue Sentencing Hearing"* has been served electronically upon all counsel of record this 16th day of December to the following:

Brian Parsons, Esquire
Assistant United States Attorney
300 Virginia Street E.; Suite 4000
Charleston, WV 25301

/s/Paul E. Stroebel
Paul E. Stroebel (WV Bar #13269)
Attorney for Defendant Vernon Stanley
Stroebel & Stroebel, PLLC
405 Capitol Street; Suite 102
P.O. Box 2582
Charleston, WV 25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroebel1@gmail.com